UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| YU HIN CHAN, | ) |
|     Plaintiff, | ) |
| v. | ) Case No. 2:25-cv-725 |
| RE/MAX, et al., | ) |
|     Defendants. | ) |

**ORDER OF DISMISSAL**

Pro se Plaintiff Yu Hin Chan filed an Application to Proceed *in Forma Pauperis* ("IFP"), under 28 U.S.C. § 1915, seeking to bring an action against Re/Max, Kevin C. McClanahan, Karen May Bacdayan, Carmen A. Pacheco, Dawn Hill-Kearse, and Shantonu Basu. On November 4, 2025, the court granted his request to proceed IFP, however, his Complaint was dismissed upon review under 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim. Plaintiff was granted leave to file a proposed Amended Complaint on or before December 5, 2025, and warned that his failure to do so would result in dismissal of the case. *See* Doc. 2 at 4–5.

As of the date of this Order, no further filings have been received. Consequently, this case is DISMISSED without prejudice; the Clerk of Court is directed to close the case file. The court hereby certifies that under 28 U.S.C. § 1915(a)(3) any appeal would not be taken in good faith.

SO ORDERED.

Dated at Burlington, in the District of Vermont, this 10th day of December 2025.

/s/ William K. Sessions III
William K. Sessions
District Court Judge